**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Camerino TORRES–ESTRADA,**
**Defendant–Appellant.**

**No. 07–50529.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 26, 2008.*

Filed Sept. 4, 2008.

Eugene S. Litvinoff, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kathryn Thickstun Leff, Law Offices of Kathryn Thickstun Leff, San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

MEMORANDUM **

Camerino Torres–Estrada appeals from the 21–month sentence imposed following his guilty-plea conviction for conspiracy to import marijuana, in violation of 21 U.S.C. §§ 952, 960, and 963. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Torres–Estrada contends that the district court clearly erred by sentencing him based on the total amount of drugs involved in the conspiracy, pursuant to U.S.S.G. § 1B1.3. This contention fails because the record demonstrates that Torres–Estrada participated in a joint undertaking rather than several separate

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

criminal activities. *See United States v. Dallman,* 533 F.3d 755, 760 (9th Cir.2008); *see also* U.S.S.G. § 1B1.3 cmt. n. 2(c)(8).

Torres–Estrada also contends that the district court abused its discretion by imposing a sentence greater than necessary to serve the ends of justice and by miscalculating his base offense level. We conclude that there was no procedural error and that Torres–Estrada's sentence is reasonable. *See United States v. Carty,* 520 F.3d 984, 990–93 (9th Cir.2008) (en banc).

**AFFIRMED.**